# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED SEPTEMBER 23, 2015

### NO. 03-14-00299-CV

**Suvi Orr, Appellant**

**v.**

**The University of Texas at Austin, Gregory L. Fenves, Judith Langlois, and Shelby Stanfield, in their official capacities only, Appellees**

### APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order signed by the trial court on May 1, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.